**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1800**

In re: MICHAEL KENNY CARTER, a/k/a Blaze,

Petitioner.

On Petition for Writ of Mandamus.
(3:17-cr-00351-JMC-1; 3:18-cv-02707-JMC)

Submitted: January 28, 2020                    Decided: February 26, 2020

Before MOTZ, FLOYD, and HARRIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Michael Kenny Carter, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Kenny Carter has filed a petition and supplemental petitions for a writ of mandamus alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2018) motion and on pending motions in that proceeding. He seeks an order from this court directing the district court to act on his § 2255 motion and on the pending motions. Our review of the district court's docket reveals that the district court denied Carter's § 2255 motion on January 6, 2020, and has acted on the pending motions in that proceeding. Accordingly, because Carter has obtained the relief he sought, we deny the petition and supplemental petitions for a writ of mandamus as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*